**Order entered January 24, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01126-CV

**CONCORD ENERGY, LLC, Appellant**

**V.**

**VR-4 GRIZZLY, LP, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-10333**

### ORDER

Before the Court is appellant's January 21, 2022 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **February 8, 2022**.

/s/     KEN MOLBERG
            JUSTICE